BENTON KIRVEN v. THE STATE.

No. 4059.  Decided May 10, 1916.

**Murder—Indeterminate Sentence Law.**

Where, upon trial of murder, the verdict assessed the punishment at ten years in the penitentiary and the sentence was for only two years, the latter will be reformed to conform to the indeterminate sentence law.

Appeal from the District Court of Freestone.  Tried below before the Hon. A. M. Blackmon.

Appeal from a conviction of murder; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for the appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.—The judgment and sentence should be not less than five nor more than ten years imprisonment in the penitentiary.

PRENDERGAST, PRESIDING JUDGE.—On a conviction of murder,

with ten years in the penitentiary assessed as punishment, this appeal was prosecuted.

There is no statement of facts or bills of exceptions in the record, and nothing for review in the absence of these.

However, the verdict assesses the punishment at ten years. The sentence is for two years only. It will, therefore, be necessary for the sentence to be reformed to conform to our indeterminate sentence law, which is ordered.

The judgment will be reformed and affirmed.

*Reformed and affirmed.*